**WAYNE McCLINTOCK, Jr., Respondent,**

v.

**Wayne McCLINTOCK, Sr. and Gregory G. Fenlon, Appellants.**

**No. ED 97503.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 23, 2012.

Gregory G. Fenlon, Clayton, MO, for appellant.

Clinton B. Roberts, Farmington, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

## *ORDER*

PER CURIAM.

Gregory G. Fenlon (Fenlon) appeals the trial court's denial of his motion to enforce an attorney's lien against Wayne McClintock, Jr. (McClintock).

In his sole point on appeal, Fenlon alleges the trial court erred in denying his motion to enforce an attorney's lien in a partition case initiated by McClintock where Fenlon filed no counterclaim on behalf of his client. Fenlon contends that his entry of appearance and counterclaim filed in a difference case constitute sufficient notice to satisfy Section 484.130. We find no error and affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).